be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ernest E. Krampff, Respondent, v. The Womanada Land Association and James A. Mandeville, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Katharine Saltonstall Weld and Others, Respondents, v. The Delaware and Hudson Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Katharine Saltonstall Weld and Others, Respondents, v. The Delaware and Hudson Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Fee Simple Realty Company, Respondent, v. Middletown Realty Company and Placid Realty Company, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ada V. Linde and Frances A. Conklin, Respondents, v. William H. Gibson and Others, Respondents, Impleaded with George F. Secor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary F. Kelly, as Administratrix, etc., Respondent, v. Pennsylvania Tunnel and Terminal Railroad Company, Appellant, Impleaded with Union Switch and Signal Company.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Margaret M. McCormack, Respondent, v. George McCormack, Appellant. — Order reversed and motion for alimony and counsel fee denied. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Kridel and Others, as Sole Surviving Partners, etc., Respondents, v. Esther C. H. David and Milton A. Herzig, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Kridel and Others, as Sole Surviving Partners, etc., Respondents, v. Esther C. H. David and Milton A. Herzig, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Raphael Brill, Appellant, v. Thomas M. Hodgens, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to vacate order for examination denied, with ten dollars costs, the date for the examination of defendant to be fixed on settlement of order. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.